IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORDAN FORBES, | : | Civil No. 3:21-cv-2115 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| OFFICER KOZICH, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _4th_ day of October, 2022, upon consideration of Defendants' motion (Doc. 13) to dismiss, and it appearing that, as of the date of this Order, Plaintiff has failed to oppose Defendants' motion, **IT IS HEREBY ORDERED THAT**:

1. On or before October 17, 2022, Plaintiff shall file a brief in opposition to Defendants' motion (Doc. 13) to dismiss.

2. Failure to timely file an opposition brief will result in Defendants' motion (Doc. 13) being deemed unopposed. *See* L.R. 7.6.

Robert D. Mariani
United States District Judge