IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JORDAN FORBES, : Civil No. 3:21-cv-2115
:
Plaintiff : (Judge Mariani)
:
v. :
:
OFFICER KOZICH, *et al.*, :
:
Defendants :

## ORDER

**AND NOW**, this 15th day of November, 2022, upon consideration of Defendants' motion (Doc. 13) to dismiss, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 13) is **GRANTED**. The amended complaint (Doc. 9) is **DISMISSED**.

2. The action against Defendants Eidem, Bly, Kimmel, Tedesco, and Mohl is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge